# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Wesley S. White<br>Attorney at Law, Bar No. 9715 | Case No. 2:21-ms-00147<br><br>ORDER OF SUSPENSION |

On October 18, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 21, 2021. The OSC provided Mr. Wesley S. White with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from him. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Wesley S. White, Bar No. 9715, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 20th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 20th day of January 2022, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Wesley S. White
> 2300 E. 7th Street, Suite 101
> Charlotte, NC 28204

Certified Mail No.: 7018 3090 0001 1163 9559

/s/ Lorena Q.
Deputy Clerk
United States District Court,
District of Nevada